# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CESAR CAMACHO,<br><br>    Petitioner<br><br>v.<br><br>SHERIFF JOE LOMBARDO, et al.,<br><br>    Respondents | Case No.: 2:18-cv-02018-GMN-GWF<br><br>**ORDER** |

Petitioner Jose Cesar Camacho has submitted a 28 U.S.C. § 2241 habeas corpus petition. However, petitioner has failed to submit an application to proceed in forma pauperis or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a completed application to proceed in forma pauperis on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

Further, petitioner states in the petition that he is being held in Clark County Detention Center on charges of which he has already been exonerated (ECF No. 1-1, p. 6). The court takes

judicial notice of the online inmate information of Clark County Detention Center (CCDC), and the records indicate that petitioner is not currently in CCDC custody. The Nevada Department of Corrections' (NDOC) online inmate records also indicate that petitioner is not in NDOC custody. Thus, Camacho's habeas claim may be moot.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: 20 December 2018.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT